UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SHARP,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARGARET MIMS,<br><br>　　　　Defendant. | Case No.: 1:13-cv-00534-AWI-BAM PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SUBPOENAS<br><br>(ECF No. 7) |

　　　　Plaintiff Anthony Sharp ("Plaintiff"), a prisoner in the Fresno County Jail, is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed his complaint on April 15, 2013. Thereafter, on May 1, 2013, Plaintiff filed the instant motion requesting eight (8) subpoenas for his witnesses to appear at trial and four (4) subpoenas for the production of records. (ECF No. 7.)

　　　　The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or an officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally frivolous or malicious, that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1), (2). "Notwithstanding any filing fee, or any portion thereof, that may have been paid, the court shall

dismiss the case at any time if the court determines that . . . the action or appeal . . . fails to state a claim upon which relief may be granted." 28 U.S.C. § 1915(e)(2)(B)(ii).

      In this action, the Court has not screened Plaintiff's complaint to determine whether it states a cognizable claim and whether this action should proceed.  As such, Plaintiff's request for both trial subpoenas and discovery subpoenas is premature and is HEREBY DENIED.

IT IS SO ORDERED.

    Dated:   **May 9, 2013**            /s/ *Barbara A. McAuliffe*
                                                                   UNITED STATES MAGISTRATE JUDGE