UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SHARP,<br><br>    Plaintiff,<br><br>    v.<br><br>MARGARET MIMS,<br><br>    Defendant. | Case No.: 1:13-cv-00534-AWI-BAM PC<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR COURT ORDER (ECF No. 11)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR COURT ORDER/REQUEST FOR DOCUMENTS FROM COUNTY ENTITY (ECF No. 12) |

    Plaintiff Anthony Sharp ("Plaintiff"), a prisoner in the Fresno County Jail, is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed his complaint on April 15, 2013. Currently pending before the Court are the following: (1) Plaintiff's request for court directing Coalinga State Hospital to produce medical records, which was filed on May 13, 2013; and (2) Plaintiff's request for court order/request for documents from county entity, which was filed on May 13, 2013. (ECF Nos. 11, 12.)

    By the instant motions, Plaintiff seeks a court order for the production of his medical records in the possession of Coalinga State Hospital and a court order for the production of those medical records provided by Coalinga State Hospital to the booking officer and booking nurse at the Fresno County Jail on March 15, 2013.

    Plaintiff's complaint has not been screened pursuant to 28 U.S.C. § 1915A(a) to determine whether it states a cognizable claim and whether this action should proceed. As such, Plaintiff's

1

requests for court orders compelling discovery of documents are premature.   Accordingly, IT IS HEREBY ORDERED that Plaintiff's request for court order and Plaintiff's request for court order/request for documents from county entity are DENIED without prejudice.

IT IS SO ORDERED.

Dated:   **May 14, 2013**                               /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE